**Eric Jason DAILEY, Respondent**

v.

**Alicia Renee DAILEY, Appellant.**

**No. ED 101816**

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed: September 8, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied November 5, 2015

Alicia Renee Dailey, Pro Se, P.O. Box 416, Jefferson City, MO 65102, for appellant.

Kathleen N. Aubuchon, 510 West Pine Street, Farmington, MO 63640, for respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

**ORDER**

PER CURIAM.

Alicia Dailey ("Mother") appeals from the judgment of the trial court dissolving her marriage to Eric Dailey.

We have reviewed Mother's brief and the record on appeal and find the trial court did not err. An opinion reciting the detailed facts and restating the principles

of law would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).